**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Henry Rangel v. The State of Texas

Appellate case number:    01-18-00273-CR

Trial court case number:   CR13465

Trial court:                      355th District Court of Hood County[1]

Appellant, Henry Rangel, has filed a motion to extend the time to file his appellate brief. Appellant's motion complies with the rules. *See* TEX. R. APP. P. 10.1(a), 10.5(b). Accordingly, we **grant** appellant's motion. Appellant's brief is due on February 21, 2020.

It is so ORDERED.

Judge's signature:     /s/  Evelyn V. Keyes
                                ☑ Acting individually     ☐ Acting for the Court

Date:     ___January 16, 2020_____

---

1      Pursuant to its docket equalization powers, the Texas Supreme Court transferred this appeal from the Court of Appeals for the Second District of Texas to this Court. *See* TEX. GOV'T CODE § 73.001; Misc. Docket No. 18-9049 (Tex. Mar. 27, 2018).